IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGIA VINES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. *2:20-CV-44* |
| | § | |
| CITY OF GEORGE WEST, | § | |
| Defendant. | § | |

---

## PLAINTIFF GEORGIA VINES' ORIGINAL COMPLAINT AND JURY DEMAND

---

For her Original Complaint against Defendant City of George West, Plaintiff Georgia Vines shows the following:

### Introduction

This is an action for retaliatory discharge under Title VII of the Civil Rights Act of 1964 (Title VII) and the Texas Commission on Human Rights Act (TCHRA). Plaintiff was employed as the City Manager of George West, Texas from April 2017 to October 18, 2018. On October 16, 2018, Plaintiff dual-filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and the Texas Workforce Commission—Civil Rights Division (TWC-CRD) complaining of pay discrimination in violation of Title VII, the Equal Pay Act, and the TCHRA. She promptly notified the City Attorney and City Mayor of her charge. Two days later, on October 18, 2018, the Defendant City discharged Plaintiff from her employment. Defendant claimed to the EEOC that Plaintiff was discharged for performance and conduct-related reasons. Plaintiff contends that she was a strong performer (as evidenced by her prior excellent performance evaluation), that she had not been previously warned or counseled regarding the

alleged deficiencies, and that Defendant's stated reasons for terminating Plaintiff's employment constituted a pretext for unlawful retaliation

**Parties**

1.      Plaintiff Georgia Vines is a citizen of the State of Texas and was a resident of Live Oak County at all times relevant to this lawsuit.   She now lives in Temple, Bell County, Texas. She may be served with papers in this case through the undersigned counsel.

2.      Defendant City of George West is a home rule city organized under the laws of the State of Texas.   It may be served with process through its registered agent, Shirley Holm, the Interim City Manager, at 406 Nueces, George West, Texas 78022.

**Jurisdiction and Venue**

3.      The Court has personal jurisdiction of Defendant because Defendant is a Texas municipality.   The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Section 1331 because Plaintiff brings suit under a federal statute, Title VII of the Civil Rights Act of 1964.   The Court possesses supplemental jurisdiction over Plaintiff's claim under the TCHRA pursuant to 28 U.S.C. Section 1367.   Venue is proper in the Southern District of Texas because all of the acts giving rise to Plaintiff's claims occurred within the Corpus Christi Division.

**Cause of Action: Retaliation under Title VII and the TCHRA**

4.      Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 3 supra.

5.      Defendant City of George West is an employer under Title VII and the TCHRA.   During both 2017 and 2018, Defendant employed more than 15 fifteen employees in 20 or more weeks of each year.   Plaintiff Georgia Vines was an employee of Defendant in both 2017 and 2018.   She was employed as Defendant's City Manager commencing in April of 2017.

6.    Plaintiff was qualified for the position she held was a strong performer, receiving a "meets" and "exceeds" performance evaluation in January of 2018.  Over the course of her employment, Plaintiff was never counseled, much less reprimanded or otherwise disciplined, regarding her performance and conduct.  Plaintiff sought a pay raise and received a hostile response from certain members of the City Council.  After Plaintiff learned that Defendant hired a subordinate employee at a pay rate greater than what it was paying Plaintiff, Plaintiff filed a charge of discrimination alleging pay discrimination in violation of Title VII, the Equal Pay Act, and the TCHRA on October 16, 2018.  Plaintiff immediately notified the City Attorney and City Mayor of her charge and provided a copy of the charge document.

7.    Two days later, on October 18, 2018, Plaintiff was discharged from employment at the City Council Meeting.  Defendant has alleged to the EEOC that Plaintiff was discharged for performance and conduct-related reasons.  Plaintiff contends in this lawsuit that Defendant's stated reason for termination was a pretext for unlawful retaliation.

8.    As a result of Plaintiff's illegal discharge from employment, Plaintiff has suffered, and will likely continue to suffer in the future, lost wages and benefits.  Plaintiff has also suffered emotional distress, mental anguish, humiliation, embarrassment, damage to reputation, and loss of enjoyment of life.  Plaintiff sues for these damages.  Additionally, because Plaintiff has been forced to hire legal counsel to vindicate her legal rights, Plaintiff is entitled to an award of attorney fees.

## Conditions Precedent Satisfied

8.    Plaintiff avers that she has timely fulfilled all administrative prerequisites to filing suit.  In this regard, Plaintiff dual-filed her retaliation charge with the EEOC and the Texas Workforce Commission—Civil Rights Division on November 3, 2018. She received her Right to

Sue letter on December 5, 2019, and she now files this lawsuit within 90 days of receiving her Right to Sue and within two years of filing her charge.

### Jury Demand

9.    Plaintiff demands a trial by jury.

### Conclusion and Prayer

Plaintiff Georgia Vines prays that, upon final judgment, she be awarded the following:

a.    Lost wages and benefits in the past and in the future;

b.    Compensatory damages for emotional distress, mental anguish, humiliation, embarrassment, damage to reputation, and loss of enjoyment of life;

c.    Attorney fees;

d.    Costs of court;

e.    Pre- and Post-judgment interest; and

f.    All other relief to which Plaintiff is entitled.

Respectfully submitted,

Michael V. Galo, Jr.
State Bar No. 00790734
Federal Bar No. 19048
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: 210.616.9800
Facsimile: 210.616.9898
Email: mgalo@galolaw.com
ATTORNEY FOR PLAINTIFF
GEORGIA VINES